KOVRAK *v.* GINSBURG ET AL., MEMBERS OF
THE COMMITTEE ON UNAUTHORIZED
PRACTICE OF THE LAW.

No. 266. Decided October 20, 1958.

*Filindo B. Masino* and *William B. Ball* for appellant.
*Robert W. Lees* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.